IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELEK US HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 3:19-cv-332 <br> District Judge William L. Campbell, Jr <br> Magistrate Judge Jeffery S. Frensley |

**ORDER GRANTING DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is the Defendant's second motion to extend the time for it to respond to Delek US Holdings, Inc.'s Complaint. On review of the motion, and the Court finding that good cause exists, it is hereby

ORDERED that Defendant's motion is granted, and Defendant shall file its response to Plaintiff's Complaint on or before November 4, 2019. There will be no further extensions. The Initial Case Management Conference is continued from September 16, 2019 to **November 18, 2019, at 9:30 a.m.**

IT IS SO ORDERED.

_____
HON. JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE