IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DELEK US HOLDINGS, INC., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 3:19-cv-00332 |
| ) | Judge Campbell / Frensley |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant(s) ) | |

**O R D E R**

A telephone conference is set for **June 23, 2020, at 1:00 p.m**. The parties shall call **1-877-336-1831** at the appointed time, and when prompted for the access code, enter **7039387#** to participate in the Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please contact chambers at 615-736-7344.

**IT IS SO ORDERED.**

_____
JEFFERY S. FRENSLEY
United States Magistrate Judge