IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **DELEK US HOLDINGS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-cv-00332 |
| | ) Judge Campbell/Frensley |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is now before the Court upon Delek's Motion to Compel, in which Delek asks the Court to compel the United States to produce in discovery eight documents that the United States is currently withholding. Docket No. 38. The United States has filed a Response in Opposition, which addresses five withheld documents. Docket No. 46. The Response states that "Plaintiff's arguments may address additional materials, but we will be producing or have already produced unredacted versions of those documents, either in whole or in part, to plaintiff." *Id.* at 12, n.5. No reply has been filed, and the Parties' subsequent filings do not address whether their dispute has been resolved as to three documents. Therefore, Delek is ordered to file, no later than November 20, 2020, a brief statement identifying (by Bates number) which documents are still in dispute.

**IT IS SO ORDERED.**

**Jeffery S. Frensley**
**United States Magistrate Judge**