**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

DELEK US HOLDINGS, INC.,          )
                                  )
            Plaintiff,            )
                                  )     Civil No.  3:19-cv-332
      v.                          )
                                  )     Judge William L. Campbell, Jr.
UNITED STATES OF AMERICA,         )     Magistrate Judge Jeffery S. Frensley
                                  )
            Defendant.            )

**NOTICE OF APPEAL**

Plaintiff Delek US Holdings, Inc. hereby gives notice of its appeal to the United States

Court of Appeals for the Sixth Circuit from the final judgment entered in this action on January

25, 2021 (Doc. 67) and the memorandum opinion entered on January 25, 2021 (Doc. 66).

Dated this 16th day of March 2021.

                                        Respectfully submitted,

                                        /s/ Robert J. Kovacev
                                        Robert J. Kovacev
                                        California Bar No. 190286
                                        (admitted *pro hac vice*)
                                        NORTON ROSE FULBRIGHT US  LLP
                                        799 9th Street NW
                                        Suite 1000
                                        Washington, DC 20001
                                        Telephone: (202) 662-6462
                                        Facsimile: (202) 662-4643
                                        rob.kovacev@nortonrosefulbright.com

                                        Robert C. Morris
                                        Texas Bar No. 24046484
                                        (admitted *pro hac vice*)
                                        NORTON ROSE FULBRIGHT US LLP
                                        1301 McKinney
                                        Suite 5100
                                        Houston, Texas 77010-3095

Telephone: (713) 651-8404
Facsimile: (713) 651-5246
robert.morris@nortonrosefulbright.com

Misty Lavender Foy (BPR # 025962)
DELEK US HOLDINGS, INC.
7102 Commerce Way
Brentwood, TN  37027
Telephone:
Facsimile:
Misty.Foy@delekus.com

ATTORNEYS FOR PLAINTIFF
DELEK US HOLDINGS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2021, I caused the foregoing NOTICE OF APPEAL to

be served via the Court's CM/ECF electronic filing system to the following:


KARI M. LARSON
Senior Litigation Counsel
ERIN F. DARDEN
Trial Attorney
U.S. Department of Justice, Tax Division
Kari.M.Larson@usdoj.gov
Erin.Darden@usdoj.gov


/s/ Robert J. Kovacev
Robert J. Kovacev